NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Traci Brown, | No. CV-17-02886-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Shapiro, Van Ess & Sherman LLP, | |
| Defendant. | |

Upon review of the parties' Joint Stipulation for Voluntary Dismissal With Prejudice (Doc. 16), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 16). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 1st day of February, 2018.

Honorable John J. Tuchi
United States District Judge